151 So.2d 739

**James S. PHIFER**

v.

**STATE.**

**6 Div. 967.**

Supreme Court of Alabama.

April 4, 1963.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., Leslie Hall, Asst. Atty. Gen., and Wm. A. Thompson and Earl McBee, Birmingham, opposed.

GOODWYN, Justice.

Petition of James S. Phifer for certiorari to the Court of Appeals to review and revise the judgment and decision in Phifer v. State, Ala.App., 151 So.2d 739.

Writ denied.

LIVINGSTON, C. J., and MERRILL and COLEMAN, JJ., concur.